UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**10 CIV. 8780**

_Braulio D Flores_

_____

_____

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

_metropolitan Realty group,LLC_

_____

_(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the space
provided, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of names.
Typically, the company or organization named in your charge
to the Equal Employment Opportunity Commission should be
named as a defendant. Addresses should not be included here.)_

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

Jury Trial: ☑ Yes ☐ No
_(check one)_



This action is brought for discrimination in employment pursuant to: _(check only those that apply)_

_X_    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e
to 2000e-17 (race, color, gender, religion, national origin).
**NOTE:** _In order to bring suit in federal district court under Title VII, you must first obtain a
Notice of Right to Sue Letter from the Equal Employment Opportunity Commission._

_____    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§
621 - 634.
**NOTE:** _In order to bring suit in federal district court under the Age Discrimination in
Employment Act, you must first file a charge with the Equal Employment Opportunity
Commission._

_____    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 -
12117.
**NOTE:** _In order to bring suit in federal district court under the Americans with Disabilities Act,
you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity
Commission._

_____    New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age,
race, creed, color, national origin, sexual orientation, military status, sex,
disability, predisposing genetic chacteristics, marital status).

_____    New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to
131 (actual or perceived age, race, creed, color, national origin, gender,
disability, marital status, partnership status, sexual orientation, alienage,
citizenship status).

_Rev. 05/2010_

## I.    Parties in this complaint:

A.    List your name, address and telephone number.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff    Name _Braulio B Flores_
Street Address _750 gran concorse - 1s m2_
County, City _Bron naueyon_
State & Zip Code _10451_
Telephone Number _347 820 7618_

B.    List all defendants' names and the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant    Name _metropolitan realty croup, LLC_
Street Address _108 - columbus avenue_
County, City _new york majatan_
State & Zip Code _10023_
Telephone Number _____

C.    The address at which I sought employment or was employed by the defendant(s) is:

Employer _Eduardo Mazel_
Street Address _108 - columbus avenue_
County, City _new york majatan_
State & Zip Code _10023_
Telephone Number _____

## II.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case, including relevant dates and events.  Describe how you were discriminated against.  If you are pursuing claims under other federal or state statutes, you should include facts to support those claims.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

_____    Failure to hire me.

__X__    Termination of my employment.

_____    Failure to promote me.

_____    Failure to accommodate my disability.

_____    Unequal terms and conditions of my employment.

*Rev. 05/2010*                     2

_____    Retaliation.

_____    Other acts *(specify)*: _____.

*Note:* *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.*

B.    It is my best recollection that the alleged discriminatory acts occurred on: ___*a-4- 2010*___
                                                                    *Date(s)*

C.    I believe that defendant(s) *(check one)*:

_____        is still committing these acts against me.

__X__         is not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check only those that apply and explain)*:

☐    race    _____        ☐    color    _____

☐    gender/sex    _____       ☐    religion_____

☐    national origin    _____

☐    age.    My date of birth is _____ *(Give your date of birth only if you are asserting a claim of age discrimination.)*

☐    disability or perceived disability, _____ *(specify)*

E.    The facts of my case are as follow *(attach additional sheets as necessary)*:

The manager and the super didn't appschate the job I was doing. Thats the reason why the stop me for work.

_____

_____

_____

_____

*Note:* *As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.*

## III.    Exhaustion of Federal Administrative Remedies:

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: _May 5 - 2010_ _____ *(Date)*.

*Rev. 05/2010*                                3

B.    The Equal Employment Opportunity Commission *(check one)*:

          _____    has not issued a Notice of Right to Sue letter.

          X    issued a Notice of Right to Sue letter, which I received on *17-9-2010* *(Date)*.

    *Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C.    Only litigants alleging age discrimination must answer this Question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

          _____    60 days or more have elapsed.

          _____    less than 60 days have elapsed.

## IV.    Relief:

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: _____

*want to recieve a monetary judgement*

*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this *15* day of *november* 20*10*

        Signature of Plaintiff    *Braulio B Flores*

        Address    *1800 ave concourse Bnr 2*

                    *Bronx-newyork*

                    *10451*

        Telephone Number    *347 820-7618*

        Fax Number *(if you have one)* _____

*Rev. 05/2010*

4